MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-MC-00039-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $138,531.79 IN ESCROW PROCEEDS OF 2306 NIGHTINGALE AVE., STOCKTON, CALIFORNIA, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Janet Paniagua ("claimant" or "Paniagua"), by and through their respective counsel, as follows:

1. On or about December 8, 2016, claimant Paniagua filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the Approximately $138,531.79 in Escrow Proceeds of 2306 Nightingale Ave., Stockton, California hereafter "defendant currency"), which was seized on September 2, 2016.

2. The FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 8, 2017.

4. By Stipulation and Order filed March 3, 2017, the parties stipulated to extend to June 6, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed May 31, 2017, the parties stipulated to extend to September 5, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed August 31, 2017, the parties stipulated to extend to October 5, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed October 10, 2017, the parties stipulated to extend to November 6, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed November 3, 2017, the parties stipulated to extend to January 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed December 27, 2017, the parties stipulated to extend to March 6, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed March 2, 2018, the parties stipulated to extend to May 4, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed May 2, 2018, the parties stipulated to extend to August 2, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 1, 2018.

Dated: 7/26/2018       MCGREGOR W. SCOTT
                       United States Attorney

                       /s/ Kevin C. Khasigian
                       KEVIN C. KHASIGIAN
                       Assistant U.S. Attorney

Dated: 7/26/2018       /s/ Mark J. Reichel
                       MARK J. REICHEL
                       Attorney for Janet Paniagua

IT IS SO ORDERED.

Dated: July 27, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
Stipulation to Extend Time to File Complaint